# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>JOSE RICARDO GALLEGOS-MORENO<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)      25-MJ-661<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/18/2025__ in the county of __Monroe__ in the __Western__ District of __NY, and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | Unlawfully Reentry by a Previously Removed Alien |

This criminal complaint is based on these facts:

See the attached Affidavit of Michael A. Scioli, Supervisory United States Border Patrol Agent ("SBPA"), United States Border Patrol ("USBP"), which is incorporated herein by reference

☑ Continued on the attached sheet.

*Complainant's signature*

Michael A. Scioli, SBPA, USBP
*Printed name and title*

submitted electronically by email in .pdf format. Oath administered, and contents and signature attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: November 24, 2025

*Judge's signature*

City and state:    Rochester, New York         Hon. Colleen D. Holland, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF MONROE   )   SS:
CITY OF ROCHESTER   )

I, Michael A. Scioli, being duly sworn, deposes and says that:

## INTRODUCTION

1. I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Buffalo, New York. I have been employed as a Border Patrol Agent for twenty-two (22) years. In such capacity, my official duties include investigating people who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized re-entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2. As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to effectuate arrests and execute criminal complaints and warrants issued under the authority of the United States.

3. I make this Affidavit in support of the Criminal Complaint charging Jose Ricardo GALLEGOS-MORENO (hereinafter "GALLEGOS-MORENO") with violating Title 8, United States Code, Section 1326(a) (Unauthorized Reentry by a Previously Removed Alien).

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records,

and upon information provided to me by other U.S. Border Patrol and other law enforcement officers.

5. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that GALLEGOS-MORENO knowingly violated Title 8, United States Code, Sections 1326(a).

## PROBABLE CAUSE

6. On or about November 18, 2025, Border Patrol Agents were conducting surveillance at a location in Rochester, New York, as part of an investigation involving the illegal employment, harboring, and transportation of unauthorized aliens by a company called Orduna Plumbing and its owners.

7. During this surveillance, agents observed a white van with Michigan license plates leave the location. Agents ran registration checks on license plates and determined that it was registered to Orduna Plumbing.

8. Agents initiated a traffic stop of the van using their vehicle lights and sirens. Agents, who were wearing government issued body armor displaying agency insignia and law enforcement badges, approached the van. Agents identified themselves and asked the occupants of the van, in both the English and Spanish, about their citizenship.

9. One of the passengers in the van, GALLEGOS-MORENO, admitted to the Agents that he was unlawfully present in the United States.

10. Agents took GALLEGOS-MORENO into custody and transported him to the Rochester Border Patrol Station for further processing.

11. As a part of processing, Agents took an electronic scan of GALLEGOS-MORENO's fingerprints to verify his identity. This query resulted in an identical biometric match to GALLEGOS-MORENO.

12. According to immigration records:

   a. GALLEGOS-MORENO is a native and Citizen of Mexico.

   b. On or about May 14, 2010, GALLEGOS-MORENO was removed from the United States *via* the Eagle Pass, Texas, International Bridge #2.

   c. On or about August 12, 2011, GALLEGOS-MORENO removed a from the United States a second time *via* the Laredo, Texas, Port of Entry.

   d. On or about January 6, 2016, GALLEGOS-MORENO was removed from the United States a third time *via* the Laredo, Texas, Port of Entry.

   e. On or about November 4, 2024, GALLEGOS-MORENO was physically removed from the United States a fourth time *via* the Port of Entry in Brownsville, Texas.

13. Immigration records further revealed that GALLEGOS-MORENO was previously convicted of:

   a. Operating a Vehicle with Intoxicated/Open Alcohol Contained, on or about

October 28, 2004, in Texas;

b. Driving while Intoxicated 2nd, on or about July 25, 2006, in Texas; and

c. Driving while Intoxicated 3rd or More (Felony), on or about August 10, 2015, in San Antonio, Texas.

14. There is no record that GALLEGOS-MORENO applied for or received any authorization or approval from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after his last removal.

## CONCLUSION

15. Based on the foregoing, I respectfully submit that there is probable cause to believe that GALLEGOS-MORENO violated Title 8, United States Code, Section 1326(a).

*MICHAEL SCIOLI*
MICHAEL A. SCIOLI
SUPERVISORY UNITED STATES
BORDER PATROL AGENT
UNITED STATES BORDER PATROL

Affidavit submitted electronically by email in .pdf format. Oath administered and contents and signature attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this __24th__ day of November, 2025.

*Colleen D. Holland*
HON. COLLEEN D. HOLLAND
UNITED STATES MAGISTRATE JUDGE